**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE:** | CASE NO. **17-61196-rk** |
| **RICHARD L. MCKOWN** | CHAPTER 13 |
| Debtor(s) | JUDGE Russ Kendig |
| | **NOTICE OF APPEARANCE OF COUNSEL AND REQUEST FOR NOTICE** |

PLEASE TAKE NOTICE that Richard P. Schroeter Jr., Thomas R. Houlihan and the law firm of Amer Cunningham Co., L.P.A. hereby enter their appearance on behalf of the **State of Ohio, Department of Taxation.** Pursuant to Fed. R. Bankr. P. 2002(g), counsel requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served at the address set forth for it in the proofs of claim and also at the following address and email address:

Richard P. Schroeter Jr.
Thomas R. Houlihan
*Amer Cunningham Co., L.P.A*.
159 South Main Street, Suite 1100
Akron, OH  44308-1322
(330) 762-2411
Fax (330) 762-9918
rschroeter@amer-collect.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices referred to in Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010 but also includes, without limitation, any orders, applications, motions, petitions, plans, pleadings, requests, complaints or other papers which affect or seek to affect in any way the procedural or equitable rights or interests of the State of Ohio. The undersigned requests that he be added to the Clerk's mailing matrix in this case.

Respectfully submitted,

/s/ Richard Schroeter
Richard P Schroeter Jr. (#0089026)
rschroeter@amer-collect.com
/s/ Thomas R. Houlihan
Thomas R. Houlihan (#0070067)
Houlihan@amer-law.com
**AMER CUNNINGHAM CO., L.P.A.**
159 South Main Street, Suite 1100
Akron, OH 44308-1322
(330)762-2411
Fax (330) 762-9918
**Special Counsel to the State of Ohio Attorney General**

# CERTIFICATE OF SERVICE

      I certify that on 7/12/2017 a true and correct copy of the foregoing was served via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

| | | |
|---|---|---|
| **Richard L. McKown**<br>1861 Mount Zion Rd<br>Mansfield, OH 44903-7550<br>SSN / ITIN: xxx-xx-0301<br>*Added: 05/24/2017*<br>*(Debtor)* | represented by | **R Joshua Brown**<br>32 Lutz Avenue<br>Lexington, OH 44904<br>(419) 884-0655<br>(419) 884-3416 (fax)<br>bk.joshbrown@gmail.com<br>*Assigned: 05/24/17* |

**Toby L. Rosen**
Toby L. Rosen, Trustee
400 W Tuscarawas Street
Citizens Bank Bldg. 4th Floor
Canton, OH 44702
330-455-2222
trosen@chapter13canton.com
*Added: 05/24/2017*
*(Trustee)*


                              /s/ Richard Schroeter_____
                              /s/ Tom Houlihan_____
                              ***Special Counsel to the State of Ohio***
                              ***Attorney General***