# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDING |
| RICHARD L. MCKOWN | : | CASE NO.:  17-61196 |
| | : | JUDGE RUSS KENDIG |
| DEBTOR(S) | : | MOTION TO DISMISS CASE |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**Now comes the Standing Chapter 13 Trustee, Toby L. Rosen,** and declares under penalty of perjury:

1. The Debtor filed a petition for relief under Chapter 13 on 05/24/2017.

2. The case is unconfirmable.

3. The case is delinquent in the amount of $4,500.00 as of FEBRUARY 28, 2018.

4. The last payment was received January 22, 2018.

Therefore, the Trustee requests the above case be dismissed pursuant to the Bankruptcy Code 1307 (c).

/S/ Toby L. Rosen
Toby L. Rosen, Chapter 13 Trustee

# CERTIFICATE OF SERVICE

I certify that on March 8, 2018, a true and correct copy of the MOTION was served:

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

R JOSHUA BROWN, on behalf of RICHARD L. MCKOWN, at bk.joshbrown@gmail.com

And by regular U.S. Mail, postage prepaid, on:

RICHARD L. MCKOWN
1861 MOUNT ZION RD
MANSFIELD, OH 44903-7550

/s/ Toby L. Rosen
Toby L. Rosen, Chapter 13 Trustee
400 W. Tuscarawas Street, 4th Floor
Canton, Ohio 44702
330-455-2222

# NOTICE OF MOTION TO DISMISS CASE

**TOBY L. ROSEN, the Standing Chapter 13 Trustee,** has filed papers with the Court to have this bankruptcy case dismissed.

**Your rights may be affected. You should read these papers carefully to discuss them with your attorney, if you have one, in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to dismiss this bankruptcy case, or if you want the court to consider your views on the motion to dismiss this case, then on or before **MARCH 29, 2018**, you or your attorney must file with the Court an objection to the motion to dismiss at:

> Clerk of Court
> United States Bankruptcy Court
> Ralph Regula Federal Building
> 401 McKinley Ave S.W.
> Canton, OH 44702

If you mail your objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:
> Toby L. Rosen, Chapter 13 Trustee
> Citizens Bank Building
> 400 W. Tuscarawas Street, 4th Floor
> Canton, Ohio 44702

You must also attend a hearing on the motion to dismiss this case on **MAY 2, 2018 at 1:30 PM** at:
> United States Bankruptcy Court
> Ralph Regula Federal Building
> 401 McKinley Ave, S.W.
> Canton, OH 44702

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

March 8, 2018

> /S/ Toby L. Rosen
> Toby L. Rosen, Chapter 13 Trustee
> Citizens Bank Building
> 400 W. Tuscarawas Street, 4th Floor
> Canton, Ohio 44702