The court incorporates by reference in this paragraph and adopts as the findings and orders
of this court the document set forth below. This document was signed electronically at the time
and date indicated, which may be materially different from its entry on the record.



Entered pursuant to Administrative Order No. 16-02,
Teresa D. Underwood, Clerk of Court

By: /s/ Diane Haidet
     Deputy Clerk

Dated: 12:59 PM April 24, 2018

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 PROCEEDING |
| RICHARD L. MCKOWN | : | CASE NO. : 17-61196 |
| | : | JUDGE RUSS KENDIG |
| DEBTOR(S) | : | DISMISSED<br>ORDER RELEASING DEBTOR FROM MAKING FURTHER PAYMENTS |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    The Court hereby ORDERS that the debtor is hereby released and that no further payments are required.

    I hereby certify that this Order complies with Administrative Order No. 16-02. Signed under the pains and penalty of perjury.

**/S/ Toby L. Rosen**
**Toby L. Rosen, Chapter 13 Trustee**

## Service list

RICHARD L. MCKOWN
1861 MOUNT ZION RD
MANSFIELD, OH 44903-7550

R JOSHUA BROWN
32 LUTZ AVE
LEXINGTON, OH 44904

Toby L. Rosen, Chapter 13 Trustee
400 W. Tuscarawas St. #400
Canton, Ohio 44702

###