```
                              United States Bankruptcy Court
                               Northern District of Ohio
In re:                                                                  Case No. 17-61196-rk
Richard L. McKown                                                       Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0647-6          User: dhaid              Page 1 of 2           Date Rcvd: Apr 23, 2018
                              Form ID: 148             Total Noticed: 31
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2018.
```
db              Richard L. McKown,    1861 Mount Zion Rd,    Mansfield, OH  44903-7550
cr             +Internal Revenue Service,    c/o Suzana K. Koch Assistant US Attorney,
                 United States Court House,    801 West Superior Ave Suite 400,    Cleveland, OH 44113-1852
24887162        Douglass & Associates Co LPA,    4725 Grayton Rd,    Cleveland, OH  44135-2307
24887167        OH Atty General,    Attn Bankruptcy Staff,    150 E Gay St Fl 21,    Columbus, OH  43215-3191
24887168        OH Hlth MedCentral Hosp,    PO Box 8135,    Mansfield, OH  44901-8135
24887169        PCB,   5500 New Albany Rd # 200,    New Albany, OH  43054-8704
24887172        State of Ohio Dept of Taxation,    150 E Gay St Fl 21,    Columbus, OH  43215-3191
24887175        US Attorney - Columbus,    303 Marconi Blvd # 200,    Columbus, OH  43215-2326
24887176       +US Attorney General,    Main Justice Bldg,    10th & Constitution 5111,
                 Washington, DC 20530-0001
24887177        Weldon Huston & Keyser LLP,    76 N Mulberry St,    Mansfield, OH  44902-1241
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/Text: Bankruptcy.notices@tax.state.oh.us Apr 23 2018 22:03:16
                 Ohio Department of Taxation,    Attn: Bankruptcy Division,    PO Box 530,
                 Columbus, OH 43216-0530
24887155        EDI: ACCE.COM Apr 24 2018 01:48:00      Asset Acceptance Corp,    PO Box 2036,
                 Warren, MI  48090-2036
24887156        EDI: BANKAMER.COM Apr 24 2018 01:48:00      Bank of America,    PO Box 982235,
                 El Paso, TX  79998-2235
24887157        EDI: CAPITALONE.COM Apr 24 2018 01:48:00      Capital One Bank,    PO Box 30285,
                 Salt Lake City, UT  84130-0285
25077050       +E-mail/Text: bankruptcy@cavps.com Apr 23 2018 22:02:47      Cavalry Investments, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
24887158       +E-mail/Text: bankruptcy@cavps.com Apr 23 2018 22:02:47      Cavalry Portfolio Svcs,
                 500 Summit Lake Dr,    Valhalla, NY 10595-2322
25077076       +E-mail/Text: bankruptcy@cavps.com Apr 23 2018 22:02:47      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
24887159        EDI: CHASE.COM Apr 24 2018 01:48:00      Chase Bank USA NA,    PO Box 15298,
                 Wilmington, DE  19850-5298
24887161        EDI: DISCOVER.COM Apr 24 2018 01:48:00      Discover,    PO Box 15316,
                 Wilmington, DE  19850-5316
24887160        E-mail/Text: kroscoe@drsohio.com Apr 23 2018 22:00:53      Debt Recovery Solutions of OH,
                 PO Box 1307,    Mansfield, OH  44901-1307
24895454        EDI: DISCOVER.COM Apr 24 2018 01:48:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
24887163        EDI: HFC.COM Apr 24 2018 01:48:00      HSBC Bank Nevada,    PO Box 2013,
                 Buffalo, NY  14240-2013
24887164        EDI: IRS.COM Apr 24 2018 01:48:00      IRS,    PO Box 7346,    Philadelphia, PA  19101-7346
24887165        E-mail/Text: key_bankruptcy_ebnc@keybank.com Apr 23 2018 22:02:41      KeyBank,    PO Box 94518,
                 Cleveland, OH  44101-4518
24887166       +E-mail/Text: rdavidson@mymechanics.com Apr 23 2018 22:01:55      Mechanics Bank,    2 S Main St,
                 Mansfield, OH 44902-2985
24966323       +E-mail/Text: Bankruptcy.notices@tax.state.oh.us Apr 23 2018 22:03:16
                 Ohio Department of Taxation,    Bankruptcy Division,    P.O. Box 530,    Columbus, OH 43216-0530
24887170        EDI: PRA.COM Apr 24 2018 01:48:00      Portfolio Recovery Associates LLC,    120 Corporate Blvd,
                 Norfolk, VA  23502-4962
25120481        EDI: PRA.COM Apr 24 2018 01:48:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
24887171       +E-mail/Text: swildermuth@richlandcountyoh.us Apr 23 2018 22:03:35      Richland County Treasurer,
                 50 Park Ave E,    Mansfield, OH 44902-1895
24887173        EDI: RMSC.COM Apr 24 2018 01:48:00      Synchrony Bank (Lowes),    Attn Bankruptcy Dept,
                 PO Box 965060,    Orlando, FL  32896-5060
24887174        EDI: RMSC.COM Apr 24 2018 01:48:00      Synchrony Bank (Sam's Club),    Attn Bankruptcy Dept,
                 PO Box 965060,    Orlando, FL  32896-5060
                                                                                              TOTAL: 21
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2018                                                    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2018 at the address(es) listed below:
              R Joshua Brown    on behalf of Debtor Richard L. McKown bk.joshbrown@gmail.com,
               G9873@notify.cincompass.com
              Richard P. Schroeter, Jr    on behalf of Creditor    Ohio Department of Taxation
               rschroeter@amer-collect.com, sallman@amer-collect.com;HouliECF@aol.com;jvaughan@amer-collect.com
              Suzana Krstevski Koch    on behalf of Creditor    Internal Revenue Service suzana.koch@usdoj.gov,
               susan.lowe@usdoj.gov
              Toby L. Rosen    trosen@chapter13canton.com,  trosen@ecf.epiqsystems.com
                                                                                             TOTAL: 4
```

Northern District Of Ohio
United States Bankruptcy Court
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702

**Case No. 17−61196−rk**

**In re:**
   Richard L. McKown
   1861 Mount Zion Rd
   Mansfield, OH 44903−7550

**Social Security No.:**
   xxx−xx−0301

# NOTICE OF DISMISSAL OF CHAPTER 13 CASE

**To the Creditors and Parties in Interest:**

Notice is hereby given that the case filed pursuant to Chapter 13 of the Bankruptcy Code on May 24, 2017 was dismissed without prejudice on April 6, 2018.

**Dated:** April 23, 2018                                                                                       For the Court
Form ohnb148                                                                                                    Teresa D. Underwood, Clerk